## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

CLAXTON H WILLIAMS, JR.,        )

                                       )

          **Plaintiff,**        )

                                       )

**vs.**                             )      Case No.  06–cv–772–SCW

                                       )

**ROD R. BLAGOJEVICH, et al.,**     )

                                       )

          **Defendants.**    )

## MEMORANDUM AND ORDER

**WILLIAMS, Magistrate Judge:**

Before the Court is Plaintiff's Motion to Dismiss Defendant Fritz (Doc. 183). Specifically, Plaintiff seeks to dismiss Defendant Joshua Fritz from this case pursuant to Federal Rule of Civil Procedure 41(a)(2). Defendants have filed a Response (Doc. 184) stating that they have no objection to the dismissal. Accordingly, the Court **GRANTS** Plaintiff's Motion to Dismiss Defendant Fritz (Doc. 183). The Court **DISMISSES with prejudice** Defendant Joshua Fritz.

    **IT IS SO ORDERED.**

    DATED: March 11, 2011

                                    /s/ *Stephen C. Williams*
                                    STEPHEN C. WILLIAMS
                                    United States Magistrate Judge