# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CLAXTON H. WILLIAMS, JR., | ) |
| Plaintiff, | ) |
| -vs- | ) NO. 06-772-SCW |
| ROD R. BLAGOJEVICH, RONALD J. MEEK, ROGER E. WALKER, CHARLES HENSLEY, ALAN UCHTMAN, WILLIAM SPILLER, WILLARD O. ELYEA, M.D. FAISAL AHMED, PAM GRUBMAN, PENNY GEORGE, DR. STEPHEN PRATT, M.D., JOHN DOE, CHIEF MAINTENANCE ENGINEER, MARK RANCK, LT. HASSELMEYER, TYONE MURRY, JERRY WITTHOFT, J. INMAN, RONALD ROBINSON, C/O ESSARY, SGT. JOHN CARTER, C/O JOSHUA FRITZ, LT. KISHIER, C/O KEVIN MURRAY, and WEXFORD HEALTH, Defendants. | ) |

## JUDGMENT IN A CIVIL CASE

Defendants Willard O. Elyea, Pam Grubman, Penny George, Dr. Stephen Pratt, M.D., Mark Ranck, Lt. Hasselmeyer, Tyone Murry, and Wexford Health (Correctional) were dismissed on February 14, 2008, by an Order entered by United States District Judge Michael J. Reagan, (Doc. 13).

Defendant Essary was dismissed on September 22, 2008, by an Order entered by United States District Judge Michael J. Reagan, (Doc. 62).

Defendant John Doe, Chief Maintenance Engineer was dismissed on October 23, 2008, by an Order entered by United States District Judge Michael J. Reagan, (Doc. 64).

Defendant Lt. Kishier was dismissed on November 13, 2008, by an Order entered by United States District Judge Michael J. Reagan, (Doc. 70)

Defendants Rod R. Blagojevich, Ronald J. Meek, Roger E. Walker, Charles Hensley, Alan Uchtman, William Spiller, M.D. Faisal Ahmed, and J. Inman, were dismissed on February 4, 2010, by an Order entered by United States District Judge Michael J. Reagan (Doc. 113).

Defendant C/O Fritz was dismissed on March 11, 2011, by an Order entered by United States Magistrate Judge Stephen C. Williams, (Doc. 185).

The remaining defendants Ronald Robinson, Jerry Witthoft, Sgt. John Carter and C/O Kevin Murry came before this Court for trial by jury. The issues have been tried and the jury has rendered its verdicts in favor of remaining defendants (Docs. 192, 194, 196, 198).

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment is entered in favor of **ROD R. BLAGOJEVICH, RONALD J. MEEK, ROGER E. WALKER, CHARLES HENSLEY, ALAN UCHTMAN, WILLIAM SPILLER, WILLARD O. ELYEA, M.D. FAISAL AHMED, PAM GRUBMAN, PENNY GEORGE, DR. STEPHEN PRATT, M.D., JOHN DOE, Chief Maintenance Engineer, MARK RANCK, LT. HASSELMEYER, TYONE MURRY, J. WITTHOFT, J. INMAN, RONALD ROBINSON, C/O ESSARY, SGT. JOHN CARTER, C/O FRITZ, LT. KISHIER, C/O KEVIN MURRAY** and **WEXFORD HEALTH, (Correctional)** and against plaintiff **CLAXTON WILLIAMS** in accordance with Orders entered previously by the Court and Jury Verdicts (Docs. 13, 62, 64, 70, 113, 185, 192, 194, 196, and 198**)**.

Plaintiff shall take nothing from this action.

**DATED** this 17th Day of March, 2011

**NANCY ROSENSTENGEL, CLERK**

**BY: S/ Angela Vehlewald**
       **Deputy Clerk**

**Approved by     S/ Stephen C. Williams**
       **United States Magistrate Judge**
       **Stephen C. Williams**